IN THE SUPREME COURT OF THE STATE OF NEVADA

OSCAR CABADA, AN INDIVIDUAL;
AND JOSE ALBERTO CABADA-
OROZCO, AN INDIVIDUAL,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE KENNETH C.
CORY, DISTRICT JUDGE,
Respondents,
AND
PETER RICHARDSON, AN
INDIVIDUAL,
Real Party in Interest.

No. 81904

**FILED**

NOV 13 2020

ELIZAS~~~ ~~~
CLERK OF ~~~
BY ~~~
DEP~~~

*ORDER DENYING PETITION FOR A WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying summary judgment in a personal injury action. Having considered the petition and its supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Generally, we will not consider writ petitions challenging orders denying motions for summary judgment, and we are not persuaded that any exception to the

20-41483

general rule applies here. *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997). We therefore,

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Kenneth C. Cory, District Judge
       Bauman Loewe Witt & Maxwell, PLLC/Las Vegas
       Drummond Law Firm
       Law Office of Lee J. Grant II
       Eighth District Court Clerk